UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/9/25
```

**In Re Rikers West Facility Coordinated Cases**

*This filing relates to*:

In re: Justin Minor

25-CV-04530 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On December 9, 2025, the Court received and reviewed the attached letter-application, dated December 2, 2025, from plaintiff Justin Minor. The City's response is due no later than **December 12, 2025**.

Dated: New York, New York
       December 9, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**

Dear Judge Barbara C. Moses,                    12/2/2025

     Good day Judge I was informed to address my concerns you From the pro se department. My concern and is, iM have a very hard time retrieving "311" complaints and Filed grievance From Rikers Island. I need said documents in order to attach them to my opposition, I to File before Jan,2 2026. I have no way of obtaining them, so I was hoping For some assistance and, or information on where I should redirect my concerns. As I have mentioned Pro se encouraged me to write to you, to see who or how to retrieve the documents. I also have limited resource at this Jail/prison, I can only go to the Law libarary by call out Five days in advance. So please if you could asist I would appreciate that. Thank you For your time!

                              Justin Minor 25R3074
                                    12/2/2025

**FRANKLIN CORRECTIONAL FACILITY**
62 BARE HILL ROAD, P.O. BOX 10
MALONE, NEW YORK 12953

NAME: Justin Minor   DIN: 25R3074

"Legal Mail"

10007-131699

ALBANY NY 120
FRANKLIN

4 DEC 2025 AM 2 L

CORRECTIONAL FACILITY

"Legal Mail" neopost
12/03/2025
US POSTAGE $000.74⁰

FIRST-CLASS MAIL
IMI

ZIP 12953
041L11251101

CLERK: OF Judge:
BArbara C. Moses
united States District Court

Southern District Of New York

U.S. Court House 500 Pearl, St
NEW YORK, N.Y. 10007

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Justin Minor    DIN: 25 R 3074

Printed On Recycled Paper